

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 1379 L |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., Sec. 1326(a) and (b) -Attempted Entry After Deportation (Felony) |
| JOSE ALFONSO CORTEZ-HERRERA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about April 1, 2008, within the Southern District of California, defendant JOSE ALFONSO CORTEZ-HERRERA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to El Salvador, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the

//

//

JDM:mg:San Diego
4/11/08

1 | offense, all in violation of Title 8, United States Code,
2 | Section 1326(a) and (b).

3 | DATED: *May 1, 2008.*

KAREN P. HEWITT
United States Attorney

*/s/ Jeffrey D. Moore*

JEFFREY D. MOORE
Assistant U.S. Attorney