AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | 08CR1379-L |
| JOSE ALFONSO CORTEZ-HERRERA | CASE NUMBER: 08 MJ 1001 |

   I, <u>JOSE ALFONSO CORTEZ-HERRERA</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony),

RECEIVED
APR 25 2008
U.S. ATTORNEYS OFFICE

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5-1-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER



FILED
MAY - 1 2008