| | |
|---|---|
| 1 | LAW OFFICE OF KURT DAVID HERMANSEN |
|   | Kurt David Hermansen, Cal. Bar No. 166349 |
| 2 | 110 West C Street, Suite 1810 |
|   | San Diego, California  92101-3909 |
| 3 | Telephone:   (619) 236-8300 |
|   | Facsimile:    (619) 236-8400 |
| 4 | KDH@KurtDavidHermansen.com |
|   | Attorney for Defendant |
| 5 | JOSE ALFONSO CORTEZ-HERRERA |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   08cr1379 L |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTIONS AND MOTIONS: |
| | ) | |
| v. | ) | (1)  TO COMPEL DISCOVERY; |
| | ) | |
| JOSE ALFONSO CORTEZ-HERRERA, | ) | (2)  TO PRESERVE EVIDENCE; AND |
| | ) | |
| Defendant. | ) | (3)  FOR LEAVE TO FILE FURTHER MOTIONS. |
| | ) | |
| | ) | Date: July 21, 2008 at 2:00 p.m. |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on **July 21, 2008, at 2:00 p.m.**, or as soon thereafter as counsel may be heard, Defendant, JOSE ALFONSO CORTEZ-HERRERA, by and through counsel, Kurt David Hermansen, will ask this Court to enter an order granting the following motions.

**MOTIONS**

Defendant, JOSE ALFONSO CORTEZ-HERRERA, by and through counsel, Kurt David Hermansen, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1. compelling discovery;
2. preserving evidence; and
3. granting leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Dated: *July 2, 2008*                                *s/Kurt David Hermansen*
                                                    Attorney for Defendant
                                                    Email: KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  08cr0246 JM |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| MIGUEL ALVAREZ-MEZA, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF MOTION AND MOTIONS: (1) TO COMPEL DISCOVERY; (2) PRESERVE EVIDENCE; AND (3) FOR LEAVE TO FILE FURTHER MOTIONS & MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *July 2, 2008*                    *s/Kurt David Hermansen*
                                                Attorney for Defendant
                                                KDH@KurtDavidHermansen.com