UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 10 AM 8:16
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>JOSE ALFONSO CORTEZ-HERRERA,<br><br>                    Defendant. | CASE NO. 08CR1379<br><br>JUDGMENT OF DISMISSAL |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of: _8 USC 1326(a) and (b) - ATTEMPTED REENTRY AFTER DEPORTATION_

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 07/09/08

_____
WILLIAM McCURINE, JR
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____