FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JUL 10 AM 8: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR1379 |
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| vs. | |
| JOSE ALFONSO CORTEZ-HERRERA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 8 USC 1326(a) and (b) - ATTEMPTED REENTRY AFTER DEPORTATION

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 07/09/08

WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 7/10/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____